## WASHINGTON STATE BAR ASSOCIATION, Petitioner–Appellee,

v.

## John M. KEEFE, Esq., Respondent–Appellant.

No. 05–36217.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 [*].

Filed June 11, 2007.

Marsha A. Matsumoto, Esq., Washington State Bar Association, Seattle, CA, for Petitioner–Appellee.

John M. Keefe, Esq., South Pasadena, CA, pro se.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM [**]

John M. Keefe, Esq., appeals pro se from the district court's order remanding to state court the disciplinary and disability proceedings brought against him by the

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provid-

Washington State Bar Association. We dismiss the appeal.

We lack jurisdiction to review the district court's remand order because that order was based on its determination, pursuant to 28 U.S.C. § 1447(c), that it lacked subject matter jurisdiction. *See* 28 U.S.C. § 1447(d); *United Investors Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 963 (9th Cir.2004); *see also Seedman v. U.S. Dist. Court for Cent. Dist. of California*, 837 F.2d 413, 414 (9th Cir.1988) (per curiam) (prohibition on the review of remand orders extends to the district court's own ability to entertain a motion for reconsideration).

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.